

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Kendra Elise Riddleberger
Phone: (212) 356-4377
kriddleb@law.nyc.gov

March 16, 2023

**VIA EMAIL**

Evan Brustein
Brustein Law PLLC
Attorney for Plaintiffs
299 Broadway
Ste 17th Floor
New York, New York 10007
evan@brusteinlaw.com

Douglas G. Rankin
Law Offices of Douglas G. Rankin
and Associates, PC
26 Court Street
Suite 714
Brooklyn, NY 11242
dgrankinlaw@gmail.com

Brian L. Bromberg
Joshua Tarrant-Windt
Bromberg Law Office
Attorneys for Plaintiffs
352 Rutland Road, #1
Brooklyn, New York 11225
brian@bromberglawoffice.com
joshua@bromberglawoffice.com

Re: A.W. *et al*. v. New York City Dep't. of Educ. *et al.*
No. 19-CV-7011 (MKB) (MMH)

Dear Counselors,

My office represents the New York City Dep't. of Educ. in the above action. Attached please find our summary judgment motion including:

- Notice of Motion;
- Memorandum of Law;

- Declaration of Kendra Elise Riddleberger;
- Local Civil Rule 56.1 Statement of Undisputed Facts;
- Exhibits A-H.

Pursuant to Judge Brodie's rules the motion will be filed when it is fully briefed.

Kind Regards,

/s/ *Kendra Elise Riddleberger*
Kendra Elise Riddleberger
Assistant Corporation Counsel

**CC:**

**VIA ECF**

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201